No. 74–213.  VON CLEMM ET AL. *v.* BANUELOS, TREAS-
URER OF THE UNITED STATES, ET AL.  C. A. 1st Cir.
Certiorari denied.  MR. JUSTICE DOUGLAS would grant
certiorari.

No. 74–260.  TRAMUNTI *v.* UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 74–267.  CHARBONIER ET AL. *v.* UNITED STATES;
and

No. 74–5268.  BURKE ET AL. *v.* UNITED STATES.  C. A.
5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS
would grant certiorari.  Reported below: 495 F. 2d 1226.

No. 74–5178.  CASTLEBERRY *v.* OKLAHOMA.  Ct. Crim.
App. Okla.  Certiorari denied.  MR. JUSTICE DOUGLAS
would grant certiorari.

No. 74–5240.  BRYAN *v.* UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 74–5272.  HAWKINS *v.* UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would
grant certiorari.

No. 74–324.  CITY OF DALLAS ET AL. *v.* SOUTHWEST
AIRLINES CO. ET AL.  C. A. 5th Cir.  Motion of Air
Transport Association of America for leave to file a brief
as *amicus curiae* granted.  Certiorari denied.  MR. JUS-
TICE DOUGLAS would grant certiorari.

No. 74–332.  SATTERWHITE *v.* UNITED PARCEL SERVICE,
INC.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE
DOUGLAS would grant certiorari.  MR. JUSTICE POWELL
took no part in the consideration or decision of this peti-
tion.